

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TIM FOOTE,

      Plaintiff,

v.                                                   Case No: 6:20-cv-325-Orl-78LRH

F.H. CANN & ASSOCIATES, INC.,

      Defendant.
_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

____     IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__     IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: 3/2/2020

By: _Tim Foote_, pro se.
**TIM FOOTE**
3208-C East Colonial Drive; Unit 159;
Orlando, Florida, 32803
Cellular telephone: 407-633-9297