IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

| | |
|---|---|
| TIM FOOTE, § § § Plaintiff, § § v. § § F.H. CANN & ASSOCIATES, INC. § § Defendant. § § § § § § | Civil Action No. **6:20-cv-00325-WWB-LRH** Demand for a trial by jury |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **RELATED CASE ORDER AND TRACK TWO NOTICE** (document number 2) and its attachments (total of 17 pages) was conveyed today by **First Class mail** to the service list indicated below.

F.H. CANN & ASSOCIATES, INC.
1600 Osgood Street; Suite 2-120
North Andover, MA, 01845

Date: 3/6/2020

By: *Tim Foote*, pro se.
**TIM FOOTE**
3208-C East Colonial Drive; Unit 159;
Orlando, Florida, 32803
Cellular telephone: 407-633-9297
E-mail: withoutrecourse@protonmail.com