IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

| | | |
|---|---|---|
| TIM FOOTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| F.H. CANN & ASSOCIATES, INC. | § | |
| | § | |
| Defendant. | § | Civil Action No. **6:20-cv-00325-WWB-LRH** |
| | § | |
| | § | |
| | § | Demand for a trial by jury |
| | § | |

**CERTIFICATE OF SERVICE**

I hereby certify that the **NOTICE OF PENDENCY OF OTHER ACTIONS** was

mailed to the Clerk of Court on March 2, 2020, and a true and correct copy was mailed on

the date indicated below by First Class mail to the service list indicated below.

Lauren M. Burnette
Messer Strickler, Ltd.
12276 San Jose Boulevard, Suite 718
Jacksonville, Florida, 32223

Date: 3/25/2020        By: Tim Foot, pro se.

TIM FOOTE
3208-C East Colonial Drive
Unit 159;
Orlando, Florida, 32803
Cellular telephone: 407-633-9297
E-mail: withoutrecourse@protonmail.com

Page **1** of **1**