IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TIM FOOTE,**

    **Plaintiff,**

v.                                 **CASE NO.: 6:20-cv-00325-WWB-LRH**

**F.H. CANN & ASSOCIATES, INC.,**

    **Defendant.**

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John M. Marees, II, Esq. of Messer Strickler, Ltd. enters his appearance as counsel for Defendant F.H. Cann & Associates, Inc. in this matter and requests service of all notices, pleadings, and other papers filed and/or served in this case.

                      Respectfully submitted,

                      **MESSER STRICKLER, LTD.**

        By:    */s/ John M. Marees, II*
                  LAUREN M. BURNETTE, ESQUIRE
                  FL Bar No. 0120079
                  JOHN M. MAREES, II, ESQUIRE
                  FL Bar No. 0069879
                  12276 San Jose Blvd.
                  Suite 718
                  Jacksonville, FL 32223
                  (904) 527-1172
                  (904) 683-7353 (fax)
                  lburnette@messerstrickler.com
                  jmarees@messerstrickler.com
                  *Counsel for Defendant*

Dated: April 8, 2020

## CERTIFICATE OF SERVICE

I certify that on April 8, 2020, a true copy of the foregoing document was served as follows:

*Via U.S. MAIL and EMAIL:*
Tim Foote
3208-C East Colonial Drive, Unit 159
Orlando, FL 32803
withoutrecourse@protonmail.com
*Pro Se Plaintiff*

                        **MESSER STRICKLER, LTD.**

By:   */s/ John M. Marees, II*
       LAUREN M. BURNETTE, ESQUIRE
       FL Bar No. 0120079
       JOHN M. MAREES, II, ESQUIRE
       FL Bar No. 0069879
       12276 San Jose Blvd.
       Suite 718
       Jacksonville, FL 32223
       (904) 527-1172
       (904) 683-7353 (fax)
       lburnette@messerstrickler.com
       jmarees@messerstrickler.com
       *Counsel for Defendant*

Dated: April 8, 2020