**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**TIM FOOTE,**

       **Plaintiff,**

  v.                                                         **CASE NO.: 6:20-cv-00325-WWB-LRH**

**F.H. CANN & ASSOCIATES, INC.,**

       **Defendant.**

_____/

**JOINT NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.08, Plaintiff Tim Foote, *pro se*, and Defendant F.H. Cann & Associates, Inc., by and through its undersigned counsel, hereby jointly provide notice that Plaintiff and Defendant reached a settlement as to all claims between them. Upon completion of all settlement terms, Plaintiff and Defendant will file the necessary documents to dismiss this action with prejudice. Plaintiff and Defendant shall each bear their own attorney's fees and costs.

Respectfully submitted this 16th day of April 2020.

| | |
|---|---|
| **MESSER STRICKLER, LTD.** | **TIM FOOTE** |
| By:   */s/ John M. Marees, II*<br>LAUREN M. BURNETTE, ESQ.<br>Florida Bar. No. 0120079<br>JOHN M. MAREES, II, ESQ.<br>Florida Bar. No. 0069879<br>12276 San Jose Blvd., Suite 720<br>Jacksonville, FL 32223<br>(904) 527-1172<br>(904) 683-7353 (fax)<br>lburnette@messerstrickler.com<br>jmarees@messerstrickler.com<br>*Counsel F.H. Cann & Associates, Inc.* | By:   */s/ Tim Foote*<br>TIM FOOTE<br>3208-C East Colonial Drive, Unit 159<br>Orlando, FL 32803<br>withoutrecourse@protonmail.com<br>*Pro Se Plaintiff* |