IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TIM FOOTE,**

      **Plaintiff,**

v.                                          CASE NO.: 6:20-cv-00325-WWB-LRH

**F.H. CANN & ASSOCIATES, INC.,**

      **Defendant.**

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tim Foote, *pro se*, and Defendant F.H. Cann & Associates, LLC, by and through its undersigned counsel, hereby give notice, stipulate, and agree that all claims and controversies asserted in this action shall be dismissed with prejudice with each Party to bear its own attorney's fees and costs.

Respectfully submitted this 29th day of April 2020.

| | |
|---|---|
| **MESSER STRICKLER, LTD.** | **TIM FOOTE** |
| By: */s/ John M. Marees, II* <br> LAUREN M. BURNETTE, ESQ. <br> Florida Bar. No. 0120079 <br> JOHN M. MAREES, II, ESQ. <br> Florida Bar. No. 0069879 <br> 12276 San Jose Blvd., Suite 720 <br> Jacksonville, FL 32223 <br> (904) 527-1172 <br> (904) 683-7353 (fax) <br> lburnette@messerstrickler.com <br> jmarees@messerstrickler.com <br> *Counsel F.H. Cann & Associates, Inc.* | By: */s/ Tim Foote* <br> TIM FOOTE <br> 3208-C East Colonial Drive, Unit 159 <br> Orlando, FL 32803 <br> withoutrecourse@protonmail.com <br> *Pro Se Plaintiff* |